IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

In re:

SDI PROPERTIES, LLC,

    Debtor.

Bankruptcy No. 20-20650-LSS
Chapter 7

**CONSENT MOTION FOR APPROVAL
AND PAYMENT OF ADMINISTRATIVE EXPENSE**

Movant, CenMar Management, LLC ("CenMar") hereby submits this Motion for Approval and Payment of Administrative Expense (the "Motion"), with the consent of Patricia B. Jefferson, Chapter 7 trustee (the "Trustee") for the bankruptcy estate of SDI Properties, LLC ("Debtor"), and states:

**Preliminary Statement**

The Trustee employed CenMar to provide, among other things, brokerage services to her on behalf of the Debtor's estate. Under the terms of CenMar's court-approved retention, CenMar is entitled to receive a commission of a minimum of $2,000 per property sold. With the consent of WCP Fund I, LLC (together with its affiliates, "WCP"), the Trustee and CenMar undertook to market and sell, among other things, certain real property encumbered by liens in favor of WCP. CenMar obtained offers on properties encumbered by the WCP liens and WCP objected to the proposed sale prices. In order to resolve the overall dispute with WCP, the Trustee negotiated a settlement that included the sale to WCP of the twenty-one properties encumbered by the WCP liens for the net amount of $64,020.

Although CenMar did not negotiate the sale of the properties to WCP, CenMar undertook significant efforts to expose those properties to the market and its efforts permitted the Trustee to negotiate the $64,020 payment from WCP.

Accordingly, CenMar and the Trustee have agreed that CenMar's marketing efforts on the WCP properties, for which CenMar has not received any commission to date, have provided value to the bankruptcy estate. As such, CenMar, with the Trustee's consent files this Motion seeking approval of its agreed-upon commission of $20,000 as an administrative expense and payment of the same.

**Jurisdiction**

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and 11 U.S.C. §§ 327, 328, and 330, and 503.

2. Venue is appropriate in this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

3. This is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2)(A) and (O).

**Background**

4. On December 8, 2020 (the "Petition Date"), the Debtor filed a voluntary bankruptcy petition.

5. On March 18, 2020, the Trustee was appointed.

6. On April 9, 2021, the Trustee filed an Application for Authority to Employ CenMar Management, LLC as Property Manager and Broker for the Trustee (the "CenMar Application"). (Dkt. 104).

7. Specifically, among other things, the CenMar sought approval of the Trustee's retention of CenMar pursuant to an Exclusive Right to Sell Residential Brokerage Agreement (the "Brokerage Agreement"). (*Id.* at ¶ 10, Ex. 1).

8. Under the terms of the Brokerage Agreement, the Trustee sought approval to compensate CenMar for brokerage services rendered in the amount of 5% broker commission per unit sold, with a minimum floor of $2,000 per unit sold. (*Id.* at ¶ 13, Ex. 1).

9. On April 29, 2021, the Court entered an Order Authorizing Employment of CenMar Management, LLC as Property Manager and Broker for the Trustee (the "CenMar Employment Order"). (Dkt. 122).

10. On October 14, 2021, the Trustee filed her First Motion for Approval of the Sale of Real Property, Free and Clear of Claims, Liens, and Interest Pursuant to Section 363 of the Bankruptcy Code (the "First Sale Motion"). (Dkt. 186).

11. In the First Sale Motion, the Trustee represented to the Court that subsequent to its retention, CenMar toured each of the then 44 properties (the "Properties") in the Debtor's estate, "dealt with the City of Baltimore on certain environmental and other violations, and prepared value opinions for the Trustee." (*Id.* at ¶ 9).

12. The Trustee further represented that based on those value opinions, the Trustee, after consultation with various interested lender parties, set list amounts for the Properties. (*Id.* at ¶ 10). As a result, "on August 10, 2021, all the Properties went live on the MLS Market;" and "[CenMar] and the [Chapter 11] Trustee … engaged in active negotiations with potential purchasers." (*Id.* at ¶ 11).

13. Consequently, by the First Sale Motion, the Trustee sought approval to sell 16 of the Properties. (*Id.* at ¶¶ 11-13).

14. On November 17, 2021, the Court entered an order approving the First Sale Motion as to 12 of the 16 Properties. (*See* Dkt. 213).

15. On October 28, 2021, the Trustee filed her Second Motion for Approval of the Sale of Real Property, Free and Clear of Claims, Liens, and Interest Pursuant to Section 363 of the Bankruptcy Code (the "Second Sale Motion"). (*See* Dkt. 198).

16. As with the First Sale Motion, the Trustee represented to the Court the assistance

that CenMar provided in marketing the Properties for sale. (*See id.* at ¶¶ 7-11). By the Second Sale Motion, the Trustee sought authority to sell an additional 8 Properties. (*Id.* at ¶¶ 13-15).

17. On December 30, 2021, the Court entered an order approving the Second Sale Motion as to 6 of the 8 Properties. (*See* Dkt. 213).

18. On May 10, 2022, the Trustee filed a Motion to (I) Approve Settlement with WCP Fund I LLC and (II) Approve Sale of Property of the Estate, Free and Clear of Liens, Claims and Encumbrances (the "WCP Sale Motion"). (*See* Dkt. 235).

19. By the WCP Sale Motion, the Trustee sought approval to sell both: (a) the 6 prior Properties previously listed in the First and Second Sale Motions, but excluded from the orders approving those motions; and (b) 15 additional Properties that were subject to WCP Fund I LLC's lien, for a total of 21 Properties to be sold (collectively, the "WCP Properties"). (*Id.* at ¶ 7).

20. In the WCP Sale Motion, the Trustee again acknowledged her retention and utilization of CenMar to market the WCP Properties. (*Id.* at ¶ 9).

21. Per the WCP Sale Motion, WCP agreed to purchase the WCP Properties for an aggregate sale price of $64,020.

22. On June 15, 2022, the Court approved the WCP Sale Motion. (*See* Dkt. 242).

23. Consequently, under the terms of CenMar Employment Order, CenMar asserts that it is entitled to a commission of $42,000 from the sale of the WCP Properties.

24. Nevertheless, CenMar, after discussions with the Trustee, has agreed to reduce its commission due on the WCP Properties to $20,000.

### Grounds for Relief

25. The Bankruptcy Code provides that the Court "may award … a professional person employed under section 327 … (A) reasonable compensation for actual, necessary services

rendered by the … professional person[.]" 11 U.S.C. § 330(a)(1)(A). The Bankruptcy Code further provides that: (a) "actual, necessary costs and expenses of preserving the estate"; and (b) "compensation and reimbursement awarded under section 330(a) of this title" are allowed an administrative claim priority. 11 U.S.C. § 503(b)(1)(A), (b)(2).

26. Here, CenMar was employed by the Trustee pursuant to sections 327 and 328 of the Bankruptcy Code. (*See* Dkts. 104, 122). As represented by the Trustee in the First Sale Motion, the Second Sale Motion, and the WCP Sale Motion, CenMar provided brokerage services to the Trustee with respect to, among other things, the marketing and sale of the WCP Properties. Consequently, under the terms of the CenMar Employment Order, CenMar would be entitled a $42,000 commission, *i.e.*, $2,000 per property sold. Such commission constitutes an administrative expense under section 503 of the Bankruptcy Code. 11 U.S.C. § 503(b)(1)(A), (b)(2). Notwithstanding its right to receive a $42,000 commission, CenMar has agreed to reduce its commission on the WCP Properties to only $20,000.

27. As such, CenMar, with the Trustee's consent, seeks Court-approval of its administrative expense claim in the amount of $20,000, and an order authorizing but not directing the Trustee to pay the claim.

## Conclusion

WHEREFORE, CenMar Management, LLC requests that the Court enter an order (1) granting this Motion; (2) approving CenMar's application for compensation and payment of an administrative expense under 11 U.S.C. §§ 327, 328, 330, and 503(b) in the amount of $20,000; (3) authorizing but not directing the Trustee to pay CenMar's administrative expense upon entry of said order;; and (4) for any other such further relief as the Court may deem appropriate, just, and necessary.

**Md. L.B.R. 9013-2 Statement**

CenMar will rely solely on the Motion, and any reply it may file in response to any opposition filed. CenMar will not be filing a separate memorandum of law.

Dated: April 26, 2024        Respectfully submitted,

*/s/ Marguerite Lee DeVoll*
Jennifer Larkin Kneeland, Fed. Bar No. 14916
Marguerite Lee DeVoll, Fed. Bar No. 13899
WATT, TIEDER, HOFFAR & FITZGERALD, L.L.P.
1765 Greensboro Station Place, Suite 1000
McLean, VA  22102
Telephone:  703-749-1000
Facsimile:  703-893-8029
jkneeland@watttieder.com
mdevoll@watttieder.com

*Attorneys for CenMar Management, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 26th day of April, 2024, I caused the foregoing Motion to be served via the Court's CM/ECF system and/or first class mail, postage pre-paid on the following:

- Jessica Lynne Duvall    jduvall@milesstockbridge.com, lkirby@milesstockbridge.com
- Patricia B. Jefferson    bktrustee@milesstockbridge.com, MD68@ecfcbis.com
- Patricia B. Jefferson    pjefferson@milesstockbridge.com
- John A. Ansell john.ansell@brockandscott.com, wbecf@brockandscott.com
- Randa S. Azzam logsecf@logs.com, logsecf@logs.com
- Miktus Daniel daniel.miktus@akerman.com, crystal.gaymon@akerman.com
- Emily Devan edevan@milesstockbridge.com
- Kieran Fox kfox@moodklaw.com, bturner@moodklaw.com
- Leah Christina Freedman bankruptcy@bww-law.com, leah.freedman@bww-law.com
- Steven L. Goldberg sgoldberg@mhlawyers.com, dmoorehead@mhlawyers.com; sgoldberg@ecf.inforuptcy.com; Goldberg.SteveR92003@notify.bestcase.com; hleaphart@mhlawyers.com; mtaylor@mhlawyers.com
- Anton L. Iamele aiamele@iamelelaw.com
- Anton L. Iamele aiamele@iamelelaw.com
- Patricia B. Jefferson bktrustee@milesstockbridge.com, MD68@ecfcbis.com
- Patricia B. Jefferson pjefferson@milesstockbridge.com
- Lynn A. Kohen lynn.a.kohen@usdoj.gov
- Thomas Jonathan Kokolis tkokolis@pskfirm.com
- Mark David Meyer bankruptcy@rosenberg-assoc.com
- Roger R. Munn rmunn@moodklaw.com, bturner@moodklaw.com
- Brian Joseph Petruska bpetruska@maliuna.org
- L. Jeanette Rice Jeanette.Rice@usdoj.gov, USTPRegion04.GB.ECF@USDOJ.GOV
- Richard Rogers rrogers@cgd-law.com, bankruptcyecf@cgd-law.com; estamas@cgd-law.com;bbush@cgd-law.com
- Richard B. Rosenblatt rrosenblatt@rosenblattlaw.com, ldorney@rosenblattlaw.com; sgonzalez@rosenblattlaw.com; wilbertrr41309@notify.bestcase.com
- Andrew Leonard Spivack andrew.spivack@brockandscott.com, wbecf@brockandscott.com
- Diana C. Theologou dtheologou@mtglaw.com
- Bryan M. Tillman bryantillman7@comcast.net
- US Trustee - Greenbelt USTPRegion04.GB.ECF@USDOJ.GOV
- Maurice Belmont VerStandig mac@mbvesq.com, lisa@mbvesq.com; mahlon@dcbankruptcy.com; mac@dcbankruptcy.com; verstandig.mauricer104982@notify.bestcase.com

and via USPS mail, postage prepaid, upon:

Ally Financial
P.O. Box 130424
Roseville, MN 55113−0004

AXOS Bank
WBL, LLC
c/o Asset Resolution / c/o Digiscribe
150 Clearbrook Road, Suite 125
Elmsford NY 10523-1147

Arain Arevalo Velasquez
5405 Hamilton Street, Suite 4
Hyattsville, MD 20781-2838

Arturo Prado
5310 Hamilton St., Apt 5
Hyattsville, MD 20781-2828

-7-

BGE
P.O. Box 1475
Baltimore, MD 21203-1475

BSI Financial Services
1425 Greenway Dr., Suite 400
Irving, TX 75038

Billd Exchange, LLC c/o Daniel R. Miktus, Esquire
Akerman LLP
750 Ninth St., N.W., Suite 750
Washington, D.C. 20001

Brandon Tramel and Kelan Fielder
9512 Smithview Place
Glenarden, MD 20706

Carolina Nolasco
13625 Avebury Drive. Apt 12
Laurel, MD 20708-3457

Chardae Wallace
201 W. Padonia Rd, Suite 101
Lutherville-Timonium, MD 21093

Daphne Reed
534 Fox River Hills Way
Glen Burnie, MD 21060-8488

Delmy Patricia Fuentes
5409 Hamilton Street, Apt. 5
Hyattsville, MD 20781-2842

District Investment Group, LLC
9512 Smithview Place
Glenarden, MD 20706

Dinora Serrano
779 Quince Orchard, Apt. 23
Gaithersburg, MD 20878

Fora Financial Business Loans, LLC
12 Powder Springs Street, Suite 240
Marietta, GA 30064-7205

Headway Capital
175 W. Jackson Blvd., Suite 1000
Chicago, IL 60604-2863

Jamel Wilmore
7825 Muncaster Mill Road
Gaithersburg, MD 20877-3808

Jefferson Geovanny Molina Ordonez
11716 Emack Road
Beltsville, MD 20705-1546

Jose Mejia
516 Rolland Ave.
Pikesville, MD 21208-4904

Joseph Butler
2742 Golden Aster Pl.
Odenton, MD 21113-6036

M. Bojorquez
621-H Edgewood Road
Edgewood, MD 21040-2733

Karen Garewal
c/o I. William Chase, Esquire
1190 W. Northern Parkway, Suite 124
Baltimore, MD 21210-1467

Lazaro Figueroa
13625 Avebury Drive, Apt. 12
Laurel, MD 20708-3457

LendingHome Mortgage Trust 2020-RTL1
2 Allegheny Center, Suite 200, Nova Tower
Pittsburgh, PA 15212-5402

Mantis Funding LLC
c/o Zachter PLLC
2 University Plaza, Suite 205
Hackensack, NJ 07601-6211

Mantis Funding
c/o Jeffrey Zachter, Esquire
30 Wall Street, 8th Floor
New York, NY 10005-2205

Marlon R. Perez
11951 Freedom Drive, Room 310
Reston, VA 20190

Marie Takam
7906 Severn Hills Way
Severn, MD 21144-1065

Mayor and City Council of Baltimore
200 Holliday Street
Room #1 Bankruptcy
Baltimore, MD 21202-3618

Nelson Cortez
18381 Lost Knife Circle, Apt. 102
Montgomery Village, MD 20886-0330

| | |
|---|---|
| Roxana Vidal<br>17825 Washington Grove Lane, Apt. 104<br>Gaithersburg, MD 20877-1081 | Steven Handy<br>17 Tindal Springs Court<br>Montgomery Village, MD 20886-4955 |
| Toorak Capital Partners LLC<br>c/o Robert P. Sweeter, Esquire<br>Polsinelli, PC<br>401 Commerce Street, Suite 900<br>Nashville TN 37219-2538 | U.S. Bank Trust National Association<br>c/o Fay Servicing LLC<br>P.O. Box 814609<br>Dallas, TX 75381-4609 |
| William Caceres<br>779 Quince Orchard, Apt. 23<br>Gaithersburg, MD 20878 | Wilmore Capital, LLC<br>7825 Muncaster Mill Road<br>Gaithersburg, MD 20877-3808 |
| John P. Fitzgerald, III<br>Acting U.S. Trustee for Region 4<br>US Trustee - Greenbelt<br>6305 Ivy Lane, Suite 600<br>Greenbelt, MD 20770-6305 | |

/s/ *Marguerite Lee DeVoll*
Marguerite Lee DeVoll

-9-