IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| In re:<br><br>SDI PROPERTIES, LLC,<br><br>    Debtor. | Bankruptcy No. 20-20650-LSS<br>Chapter 7 |

**CONSENT ORDER GRANTING CONSENT MOTION FOR**
**APPROVAL AND PAYMENT OF ADMINISTRATIVE EXPENSE**

**UPON CONSIDERATION** of CenMar Management, LLC's ("CenMar") Consent Motion for Approval and Payment of Administrative Expense (the "Motion"), with the consent of Patricia B. Jefferson, Chapter 7 trustee (the "Trustee") for the bankruptcy estate of SDI Properties, LLC ("Debtor"), and response to the Motion, it is hereby

**ORDERED**, that the Motion is **GRANTED**; and it is further

**ORDERED**, that, pursuant to 11 U.S.C. §§ 327, 328, and 330, and 503, CenMar is entitled to an administrative expense claim in the amount of $20,000 for services rendered to the Debtor's estate as an court-approved professional; and it is further

1

**ORDERED**, that the Trustee is authorized but not directed to pay CenMar's administrative expense claim upon entry of this Order.

| WE ASK FOR THIS: | SEEN AND CONSENTED TO: |
|---|---|
| */s/ Marguerite Lee DeVoll* | */s/ Patricia B. Jefferson* |
| Jennifer Larkin Kneeland, Fed. Bar No. 14916<br>Marguerite Lee DeVoll, Fed. Bar No. 13899<br>WATT, TIEDER, HOFFAR & FITZGERALD, L.L.P.<br>1765 Greensboro Station Place, Suite 1000<br>McLean, VA  22102<br>Phone:  703-749-1000<br>jkneeland@watttieder.com<br>mdevoll@watttieder.com | Patricia B. Jefferson, Fed. Bar No. 27668<br>Miles & Stockbridge P.C.<br>100 Light Street, 10th Floor<br>Baltimore, Maryland 21202<br>Phone: 410-385-3405<br>bktrustee@milesstockbridge.com |
| *Attorneys for CenMar Management, LLC* | *Counsel to Chapter 7 Trustee* |

### CERTIFICATION OF CONSENT

I HEREBY CERTIFY that the terms of the copy of the Consent Order submitted to the Court are identical to those set forth in the original consent order; and the signatures represented by the */s/*         on this copy reference the signatures of the consenting parties on the original consent order.

                                                    */s/ Marguerite Lee DeVoll*
                                                    Marguerite Lee DeVoll

### SO ORDERED.

Service List:

All parties entitled to receive CM/ECF notice.

Ally Bank, c/o AIS Portfolio Services, LP
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

Blair Enterprises Inc.
22 Cessna Court
Gaithersburg, MD 20879

Joseph Donovan Butler

-3-

7825 Muncaster Mill Road
Gaithersburg, MD 20877

District Investment Group, LLC
9512 Smithview Place
Glenarden, MD 20706

Steven Handy
17 Tindal Springs Court
Montgomery Village, MD 20886

Daphne Reed
534 Fox River Hills Way
Glen Burnie, MD 21060

Larry Strauss
Larry Strauss ESQ, CPA & Associates, Inc
2310 Smith Avenue
Baltimore, MD 21209

Robert Sweeter
Polsinelli, P.C.
401 Commerce Street, Suite 900
Nashville, TN 37219

Brandon Tramel
9512 Smithview Place
Glenarden, MD 20706

Jamel Wilmore
7825 Muncaster Mill Road
Gaithersburg, MD 20877

Wilmore Capital, LLC
7825 Muncaster Mill Road
Gaithersburg, MD 20877

Jennifer Young
3009 Hollow Crest Place
Brookeville, MD 20833