IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| In re:<br><br>SDI PROPERTIES, LLC,<br><br>    Debtor. | Bankruptcy No. 20-20650-LSS<br>Chapter 7 |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICE AND PAPERS

**PLEASE TAKE NOTICE** that Jennifer L. Kneeland, hereby enters her appearance as *pro bono* counsel on behalf of CenMar Management, LLC ("CenMar"), and gives notice of appearance, and request of all hearings and conferences herein and makes demand for service of all papers herein, including, without limitation, all papers and notices pursuant to Federal Rules of Bankruptcy Procedure 2002, 3017, 4001, 9007, 9010 and Section 342 and 1109(b) of the Bankruptcy Code.

All notices given or required to be given in this case and all papers served or required to be served in this case shall be given and served upon the following:

    Jennifer L. Kneeland
    Watt, Tieder, Hoffar & Fitzgerald, LLP
    1765 Greensboro Station Place, Suite 1000
    McLean, Virginia 22102
    Phone: (703) 749-1026
    Fax: (703) 893-8029
    Email: *jkneeland@watttieder.com*

This notice of appearance is not a waiver of any rights under the Bankruptcy Code or the Federal rules of Bankruptcy Procedure.

**PLEASE TAKE FURTHER NOTICE**, that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Code and the Federal Rules of Civil Procedure specified above, but also includes, without limitation, the schedules, statement of financial affairs,

operating reports, and any plan or reorganization or disclosure statement, any letter, application, formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise field or delivered with the Clerk of the Court in connection with and with regard to the above-captioned bankruptcy case and proceedings related thereto.

This *Notice of Appearance and Request for Notices and Papers* shall not be deemed or construed to be a waiver of the rights of CenMar (a) to have final orders in non-core matters entered only after *de novo* review by a United States District Judge, (b) to trial by jury in any proceeding so triable in this case or in any case, controversy, or proceeding related to this case, and (c) to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or the waiver of any other rights, claims, actions, setoffs, or recoupments to which CenMar is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are hereby expressly deemed reserved.

Dated:     April 26, 2024          Respectfully submitted,

*/s/ Jennifer L. Kneeland*
Jennifer Larkin Kneeland, Fed. Bar No. 14916
WATT, TIEDER, HOFFAR & FITZGERALD, L.L.P.
1765 Greensboro Station Place, Suite 1000
McLean, VA  22102
Telephone:  703-749-1000
Facsimile:  703-893-8029
jkneeland@watttieder.com

*Pro Bono Counsel for CenMar Management, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 26th day of April, 2024, I caused a copy of the foregoing pleading to be served by electronic means through the Court's CM/ECF system to all parties receiving notices in this case.

*/s/ Jennifer L. Kneeland*
Jennifer L. Kneeland
