United States Bankruptcy Court
District of Maryland

In re:  Case No. 20-20650-LSS
SDI Properties, LLC  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0416-0     User: admin     Page 1 of 3
Date Rcvd: May 21, 2024     Form ID: pdfparty     Total Noticed: 11

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 23, 2024:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| aty | + | Robert Sweeter, Polsinelli, P.C., 401 Commerce Street, Suite 900, Nashville, TN 37219-2538 |
| cr | + | Blair Enterprises Inc., 22 Cessna Court, Gaithersburg, MD 20879-4145 |
| cr | + | Brandon Tramel, 9512 Smithview Place, Glenarden, MD 20706-1715 |
| cr | + | District Investmnet Group, LLC, 9512 Smithview Place, Glenarden, MD 20706-1715 |
| cr | + | Jamel Wilmore, 7825 Muncaster Mill Road, Gaithersburg, MD 20877-3808 |
| cr | + | Jennifer Young, 3009 Hollow Crest Place, Brookeville, MD 20833-3290 |
| cr | + | Joseph Donovan Butler, 7825 Muncaster Mill Road, Gaithersburg, MD 20877-3808 |
| acc | + | Larry Strauss, Larry Strauss ESQ, CPA & Associates, Inc, 2310 Smith Avenue, Baltimore, MD 21209-2611 |
| cr | + | Steven Handy, 17 Tindal Springs Court, Montgomery Village, MD 20886-4955 |
| cr | + | Wilmore Capital, LLC, 7825 Muncaster Mill Road, Gaithersburg, MD 20877-3808 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 21 2024 19:20:31 | Ally Bank, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | ##+ | Daphne Reed, 534 Fox River Hills Way, Glen Burnie, MD 21060-8488 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 23, 2024     Signature:     /s/Gustava Winters

| District/off: 0416-0 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 21, 2024 | Form ID: pdfparty | Total Noticed: 11 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 21, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew Leonard Spivack | andrew.spivack@brockandscott.com  wbecf@brockandscott.com |
| Anton L Iamele | aiamele@iamelelaw.com |
| Brian Joseph Petruska | bpetruska@maliuna.org |
| Bryan M. Tillman | bryantillman7@comcast.net |
| Daniel Alan Staeven | daniel.staeven@frosttaxlaw.com<br>daniel.staeven@frosttaxlaw.com,kelly.gartrell@frosttaxlaw.com,21029@notices.nextchapterbk.com,23296@notices.nextchapterbk.com,gloria.fairbanks@frosttaxlaw.com |
| Diana C. Theologou | dtheologou@mtglaw.com |
| Emily Devan | edevan@milesstockbridge.com |
| Ioannis Laskaris | ioannis.laskaris@maryland.gov |
| Jennifer Larkin Kneeland | jkneeland@watttieder.com  zsyed@watttieder.com |
| Jessica Lynne Duvall | jduvall@milesstockbridge.com  lkirby@milesstockbridge.com |
| John A. Ansell | jansell@cgd-law.com  wbecf@brockandscott.com |
| Kieran Fox | kfox@moodklaw.com  bturner@moodklaw.com |
| L. Jeanette Rice | Jeanette.Rice@usdoj.gov  USTPRegion04.GB.ECF@USDOJ.GOV |
| Leah Christina Freedman | bankruptcy@bww-law.com  leah.freedman@bww-law.com |
| Lynn A. Kohen | lynn.a.kohen@usdoj.gov |
| Marguerite Lee DeVoll | mdevoll@watttieder.com  shope@watttieder.com,ljobrien@watttieder.com |
| Mark David Meyer | bankruptcy@rosenberg-assoc.com |
| Maurice Belmont VerStandig | mac@mbvesq.com<br>lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email |
| Michael J. Klima | bankruptcy@peroutkalaw.com |
| Miktus Daniel | daniel.miktus@akerman.com  crystal.gaymon@akerman.com |
| Patricia B. Jefferson | pjefferson@milesstockbridge.com |
| Randa S Azzam | logsecf@logs.com |
| Richard Rogers | rrogers@cgd-law.com  bankruptcyecf@cgd-law.com,estamas@cgd-law.com,bbush@cgd-law.com |
| Richard B. Rosenblatt | rrosenblatt@rosenblattlaw.com  ldorney@rosenblattlaw.com,sgonzalez@rosenblattlaw.com,wilbertrr41309@notify.bestcase.com |

| District/off: 0416-0 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: May 21, 2024 | Form ID: pdfparty | Total Noticed: 11 |

Roger R Munn
    rmunn@moodklaw.com  bturner@moodklaw.com

Steven L. Goldberg
    sgoldberg@mhlawyers.com
    dmoorehead@mhlawyers.com,sgoldberg@ecf.inforuptcy.com,Goldberg.SteveR92003@notify.bestcase.com,hleaphart@mhlawyers.com,mtaylor@mhlawyers.com

Thomas Jonathan Kokolis
    tkokolis@pskfirm.com

US Trustee - Greenbelt
    USTPRegion04.GB.ECF@USDOJ.GOV

TOTAL: 28

Entered: May 21st, 2024
Signed: May 21st, 2024
**SO ORDERED**



LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

| In re: | |
|---|---|
| SDI PROPERTIES, LLC, | Bankruptcy No. 20-20650-LSS |
| Debtor. | Chapter 7 |

**CONSENT ORDER GRANTING CONSENT MOTION FOR
APPROVAL AND PAYMENT OF ADMINISTRATIVE EXPENSE**

**UPON CONSIDERATION** of CenMar Management, LLC's ("CenMar") Consent Motion for Approval and Payment of Administrative Expense (the "Motion"), with the consent of Patricia B. Jefferson, Chapter 7 trustee (the "Trustee") for the bankruptcy estate of SDI Properties, LLC ("Debtor"), and response to the Motion, it is hereby

**ORDERED**, that the Motion is **GRANTED**; and it is further

**ORDERED**, that, pursuant to 11 U.S.C. §§ 327, 328, and 330, and 503, CenMar is entitled to an administrative expense claim in the amount of $20,000 for services rendered to the Debtor's estate as an court-approved professional; and it is further

1

**ORDERED**, that the Trustee is authorized but not directed to pay CenMar's administrative expense claim upon entry of this Order.

| WE ASK FOR THIS: | SEEN AND CONSENTED TO: |
|---|---|
| */s/ Marguerite Lee DeVoll* | */s/ Patricia B. Jefferson* |
| Jennifer Larkin Kneeland, Fed. Bar No. 14916<br>Marguerite Lee DeVoll, Fed. Bar No. 13899<br>WATT, TIEDER, HOFFAR & FITZGERALD, L.L.P.<br>1765 Greensboro Station Place, Suite 1000<br>McLean, VA  22102<br>Phone:  703-749-1000<br>jkneeland@watttieder.com<br>mdevoll@watttieder.com | Patricia B. Jefferson, Fed. Bar No. 27668<br>Miles & Stockbridge P.C.<br>100 Light Street, 10th Floor<br>Baltimore, Maryland 21202<br>Phone: 410-385-3405<br>bktrustee@milesstockbridge.com |
| *Attorneys for CenMar Management, LLC* | *Counsel to Chapter 7 Trustee* |

### CERTIFICATION OF CONSENT

I HEREBY CERTIFY that the terms of the copy of the Consent Order submitted to the Court are identical to those set forth in the original consent order; and the signatures represented by the */s/* on this copy reference the signatures of the consenting parties on the original consent order.

                                                                          */s/ Marguerite Lee DeVoll*
                                                                          Marguerite Lee DeVoll

### SO ORDERED.

Service List:

All parties entitled to receive CM/ECF notice.

Ally Bank, c/o AIS Portfolio Services, LP
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

Blair Enterprises Inc.
22 Cessna Court
Gaithersburg, MD 20879

Joseph Donovan Butler

7825 Muncaster Mill Road
Gaithersburg, MD 20877

District Investment Group, LLC
9512 Smithview Place
Glenarden, MD 20706

Steven Handy
17 Tindal Springs Court
Montgomery Village, MD 20886

Daphne Reed
534 Fox River Hills Way
Glen Burnie, MD 21060

Larry Strauss
Larry Strauss ESQ, CPA & Associates, Inc
2310 Smith Avenue
Baltimore, MD 21209

Robert Sweeter
Polsinelli, P.C.
401 Commerce Street, Suite 900
Nashville, TN 37219

Brandon Tramel
9512 Smithview Place
Glenarden, MD 20706

Jamel Wilmore
7825 Muncaster Mill Road
Gaithersburg, MD 20877

Wilmore Capital, LLC
7825 Muncaster Mill Road
Gaithersburg, MD 20877

Jennifer Young
3009 Hollow Crest Place
Brookeville, MD 20833