IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(<u>Greenbelt Division</u>)

| | | |
|---|---|---|
| **In re:** | * | |
| **SDI PROPERTIES, LLC,** | * | Case No. 20-20650-LSS |
| | | (Chapter 7) |
| Debtor. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF CHAPTER 7 TRUSTEE'S MOTION FOR APPROVAL OF SETTLEMENT PURSUANT TO FED. R. BANKR. P. 9019

PLEASE TAKE NOTICE that on June 28, 2024, Patricia B. Jefferson, Chapter 7 trustee for the bankruptcy estate of SDI Properties, Inc. (the "Trustee"), filed a Motion for Approval of Compromise or Settlement Pursuant to Fed. R. Bankr. P. 9019 (the "Motion").

The Trustee obtained a default judgment in the above-captioned adversary proceeding jointly and severally against JMG Homes, LLC and Justin Goode ("Defendants"). The default judgment was in the amount of $70,693.53. The Defendants dispute the underlying allegations in this adversary proceeding but, following entry of judgment, expressed a desire to address the judgment through settlement. The Trustee and Defendants have entered into a settlement agreement whereby the Defendants will pay the Trustee $12,000.00 by July 12, 2024 in exchange for the judgment being marked as satisfied. By the Motion, the Trustee seeks approval of such settlement.

ANY PARTY IN INTEREST WISHING TO OPPOSE THE MOTION MUST FILE AN OBJECTION IN WRITING, SPECIFICALLY STATING THE FACTUAL AND LEGAL NATURE OF THE OBJECTION WITH THE CLERK, UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF MARYLAND, U.S. COURTHOUSE, 6500 CHERRYWOOD LANE, GREENBELT, MARYLAND 20770, AND SIMULTANEOUSLY SERVE THE SAME UPON THE UNDERSIGNED, WITHIN TWENTY-ONE (21) DAYS OF THE DATE OF THIS NOTICE, PLUS THREE (3) DAYS FOR THOSE PARTIES RECEIVING SERVICE BY MAIL.

2

**PARTIES IN INTEREST WITH QUESTIONS REGARDING THE MOTION MAY CONTACT THE UNDERSIGNED. THE SETTLEMENT MAY BE CONSUMMATED WITHOUT FURTHER NOTICE OR HEARING IF A TIMELY OBJECTION TO THE MOTION IS NOT FILED.**

DATED:  June 28, 2024          Respectfully Submitted,

*/s/ Emily K. Devan*
Patricia B. Jefferson
  Fed. Bar. No. 27668
Emily K. Devan
  Fed. Bar No. 18595
Miles & Stockbridge P.C.
100 Light Street, 7th Floor
Baltimore, MD 21202
Phone: (410) 385-3413
Email: edevan@milesstockbridge.com

*Counsel to the Chapter 7 Trustee*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 28th day of June, 2024, a copy of the foregoing Notice of Motion of the Chapter 7 Trustee for Approval of Compromise or Settlement Pursuant to Fed. R. Bankr. P. 9019 was served on the following persons, via CM/ECF:

- **John A. Ansell**     john.ansell@brockandscott.com, wbecf@brockandscott.com
- **Randa S. Azzam**     logsecf@logs.com, logsecf@logs.com
- **Miktus Daniel**     daniel.miktus@akerman.com, crystal.gaymon@akerman.com
- **Emily Devan**     edevan@milesstockbridge.com
- **Kieran Fox**     kfox@moodklaw.com, bturner@moodklaw.com
- **Leah Christina Freedman**     bankruptcy@bww-law.com, leah.freedman@bww-law.com
- **Steven L. Goldberg**     sgoldberg@mhlawyers.com, dmoorehead@mhlawyers.com; sgoldberg@ecf.inforuptcy.com; Goldberg.SteveR92003@notify.bestcase.com; hleaphart@mhlawyers.com; mtaylor@mhlawyers.com
- **Anton L. Iamele**     aiamele@iamelelaw.com
- **Anton L. Iamele**     aiamele@iamelelaw.com
- **Patricia B. Jefferson**     bktrustee@milesstockbridge.com, MD68@ecfcbis.com
- **Patricia B. Jefferson**     pjefferson@milesstockbridge.com
- **Lynn A. Kohen**     lynn.a.kohen@usdoj.gov
- **Thomas Jonathan Kokolis**     tkokolis@pskfirm.com
- **Mark David Meyer**     bankruptcy@rosenberg-assoc.com
- **Roger R. Munn**     rmunn@moodklaw.com, bturner@moodklaw.com
- **Brian Joseph Petruska**     bpetruska@maliuna.org
- **L. Jeanette Rice**     Jeanette.Rice@usdoj.gov, USTPRegion04.GB.ECF@USDOJ.GOV
- **Richard Rogers**     rrogers@cgd-law.com, bankruptcyecf@cgd-law.com; estamas@cgd-law.com;bbush@cgd-law.com
- **Richard B. Rosenblatt**     rrosenblatt@rosenblattlaw.com, ldorney@rosenblattlaw.com; sgonzalez@rosenblattlaw.com; wilbertrr41309@notify.bestcase.com
- **Andrew Leonard Spivack**     andrew.spivack@brockandscott.com, wbecf@brockandscott.com
- **Diana C. Theologou**     dtheologou@mtglaw.com
- **Bryan M. Tillman**     bryantillman7@comcast.net
- **US Trustee - Greenbelt**     USTPRegion04.GB.ECF@USDOJ.GOV
- **Maurice Belmont VerStandig**     mac@mbvesq.com, lisa@mbvesq.com; mahlon@dcbankruptcy.com; mac@dcbankruptcy.com; verstandig.mauricer104982@notify.bestcase.com

and via USPS mail, postage prepaid, upon:

| | |
|---|---|
| Ally Financial<br>P.O. Box 130424<br>Roseville, MN 55113−0004 | AXOS Bank<br>WBL, LLC<br>c/o Asset Resolution / c/o Digiscribe<br>150 Clearbrook Road, Suite 125<br>Elmsford NY 10523-1147 |
| Arain Arevalo Velasquez<br>5405 Hamilton Street, Suite 4<br>Hyattsville, MD 20781-2838 | Arturo Prado<br>5310 Hamilton St., Apt 5<br>Hyattsville, MD 20781-2828 |
| BGE<br>P.O. Box 1475<br>Baltimore, MD 21203-1475 | BSI Financial Services<br>1425 Greenway Dr., Suite 400<br>Irving, TX 75038 |
| Billd Exchange, LLC<br>c/o Daniel R. Miktus, Esquire<br>Akerman LLP<br>750 Ninth St., N.W., Suite 750<br>Washington, D.C. 20001 | Brandon Tramel and Kelan Fielder<br>9512 Smithview Place<br>Glenarden, MD 20706 |
| Carolina Nolasco<br>13625 Avebury Drive. Apt 12<br>Laurel, MD 20708-3457 | Chardae Wallace<br>201 W. Padonia Rd, Suite 101<br>Lutherville-Timonium, MD 21093 |
| Daphne Reed<br>534 Fox River Hills Way<br>Glen Burnie, MD 21060-8488 | Delmy Patricia Fuentes<br>5409 Hamilton Street, Apt. 5<br>Hyattsville, MD 20781-2842 |
| Distric Investment Group, LLC<br>9512 Smithview Place<br>Glenarden, MD 20706 | Dinora Serrano<br>779 Quince Orchard, Apt. 23<br>Gaithersburg, MD 20878 |
| Fora Financial  Business Loans, LLC<br>12 Powder Springs Street, Suite 240<br>Marietta, GA 30064-7205 | Headway Capital<br>175 W. Jackson Blvd., Suite 1000<br>Chicago, IL 60604-2863 |
| Jamel Wilmore<br>7825 Muncaster Mill Road<br>Gaithersburg, MD 20877-3808 | Jefferson Geovanny Molina Ordonez<br>11716 Emack Road<br>Beltsville, MD 20705-1546 |
| Jose Mejia<br>516 Rolland Ave.<br>Pikesville, MD 21208-4904 | Joseph Butler<br>2742 Golden Aster Pl.<br>Odenton, MD 21113-6036 |

Josue M. Bojorquez
621-H Edgewood Road
Edgewood, MD 21040-2733

Lazaro Figueroa
13625 Avebury Drive, Apt. 12
Laurel, MD 20708-3457

Mantis Funding LLC
c/o Zachter PLLC
2 University Plaza, Suite 205
Hackensack, NJ 07601-6211

Marlon R. Perez
11951 Freedom Drive, Room 310
Reston, VA 20190

Mayor and City Council of Baltimore
200 Holliday Street
Room #1 Bankruptcy
Baltimore, MD 21202-3618

Roxana Vidal
17825 Washington Grove Lane, Apt. 104
Gaithersburg, MD 20877-1081

Toorak Capital Partners LLC
c/o Robert P. Sweeter, Esquire
Polsinelli, PC
401 Commerce Street, Suite 900
Nashville TN 37219-2538

William Caceres
779 Quince Orchard, Apt. 23
Gaithersburg, MD 20878

John P. Fitzgerald, III
Acting U.S. Trustee for Region 4
US Trustee - Greenbelt
6305 Ivy Lane, Suite 600
Greenbelt, MD 20770-6305

Karen Garewal
c/o I. William Chase, Esquire
1190 W. Northern Parkway, Suite 124
Baltimore, MD 21210-1467

LendingHome Mortgage Trust 2020-RTL1
2 Allegheny Center, Suite 200, Nova Tower
Pittsburgh, PA 15212-5402

Mantis Funding
c/o Jeffrey Zachter, Esquire
30 Wall Street, 8th Floor
New York, NY 10005-2205

Marie Takam
7906 Severn Hills Way
Severn, MD 21144-1065

Nelson Cortez
18381 Lost Knife Circle, Apt. 102
Montgomery Village, MD 20886-0330

Steven Handy
17 Tindal Springs Court
Montgomery Village, MD 20886-4955

U.S. Bank Trust National Association
c/o Fay Servicing LLC
P.O. Box 814609
Dallas, TX 75381-4609

Wilmore Capital, LLC
7825 Muncaster Mill Road
Gaithersburg, MD 20877-3808

*/s/ Emily K. Devan*
Emily K. Devan