IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
AT GREENBELT

| | | |
|---|---|---|
| IN RE: | * | Chapter 7 |
| SDI PROPERTIES, LLC | * | |
| Debtor | * | Case No. 20-20650 |

\* \* \*

## CLAIMANT'S WITHDRAW OF CLAIM

Now comes, Karan Garewal. Claimant, by his attorney, I. WILLIAM CHASE, respectively withdraws his claim as to the debtor's property known as 2735 Maryland Avenue, which certificate he purchased in the Baltimore City Tax Sale, which has been redeemed and satisfied.

_____
I. WILLIAM CHASE
The Falls of Roland Park
Suite 124
1190 W. Northern Parkway
Baltimore, Maryland 21210
Phone: (410) 433-4100
Attorney for Claimant
Fed.Id. 01062

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of July, 2024, a copy of the foregoing Response and amended claim was mailed first class, postage prepaid to Pattie Jefferson, Trustee, 100 Light Street, Baltimore,

Maryland 21202,

_____
I. WILLIAM CHASE