IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

| In re: | * | |
|---|---|---|
| SDI PROPERTIES, LLC, | * | Case No. 20-20650-LSS |
| | | Chapter 7 |
| Debtor. | * | (Former Chapter 11) |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## TRUSTEE'S REPORT OF SALE

Patricia B. Jefferson, former Chapter 11 trustee (the "Trustee") for the bankruptcy estate of SDI Properties, LLC (the "Debtor"), pursuant to Bankruptcy Rule 6004(f)(1), respectfully submits the following Report of Sale, which includes all property sold by the Trustee during her appointment. All net sale proceeds are held by the Trustee in an account at TriState. The HUD-1 Settlement Statements (other than the settlement statements for the properties credit bid by WCP Fund I, LLC or its designee) are attached hereto as Exhibit A.

| Property Sold | Purchaser | Date of Sale | Gross Sale Proceeds | Realtor Commission and Administrative Fees | Carveout To Estate | Docket No. of Order Approving Sale |
|---|---|---|---|---|---|---|
| 1118 S. Carey Street | YSA Homes LLC | 11/19/21 | $65,000 | $3,550 | $5,200 | 213 |
| 1217 Glyndon Avenue | YSA Homes LLC | 11/19/21 | $52,000 | $2,900 | $4,160 | 213 |
| 1222 Glyndon Avenue | YSA Homes LLC | 11/19/21 | $52,000 | $2,900 | $4,160 | 213 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1025 Bennett Place | Barrington Properties, LLC | 11/24/21 | $15,000 | $2,300 | $1,200 | 213 |
| 1637 Edmondson Avenue | MCK Bapaz LLC | 11/19/21 | $45,000 | $2,550 | $3,600 | 213 |
| 1133 Harlem Avenue | MCK Bapaz LLC | 11/19/21 | $20,000 | $2,300 | $1,600 | 213 |
| 1110 Harlem Avenue | MCK Bapaz LLC | 11/19/21 | $20,000 | $2,300 | $1,600 | 213 |
| 1116 Harlem Avenue | MCK Bapaz LLC | 11/19/21 | $20,000 | $2.300 | $1,600 | 213 |
| 4803 Aberdeen Avenue | ASN Associates, Inc. | 11/19/21 | $135,000 | $7,050 | $10,800 | 213 |
| 1702 McCulloh Street | MCK Bapaz LLC | 11/19/21 | $70,000 | $3,800 | $5,600 | 213 |
| 2008 McCulloh Street | MCK Bapaz LLC | 11/19/21 | $65,000 | $3,550 | $5,200 | 213 |
| 1708 McCulloh Street | MCK Bapaz LLC | 11/19/21 | $90,000 | $4,800 | $,7200 | 213 |
| 2735 Maryland Avenue | Kongpan Chen | 1/11/2022 | $171,000 | $8,850 | $12,800 | 224 |
| 1711 N. Pulaski Avenue | Michael Murphy | 1/18/2022 | $50,000 | $2,800 | $4,000 | 224 |
| 2223 W. Baltimore Street | Michael Murphy | 1/18/2022 | $30,000 | $1,800 | $2,400 | 224 |

2

116476\000001\4888-4742-9415.v1

| | | | | | | |
|---|---|---|---|---|---|---|
| 1206 Druid Hill Ave | MCK Bapaz Capital LLC | 4/29/2022 | $60,000 | $3,000 | $4,800 | 231 |
| 1208 Druid Hill Ave | MCK Bapaz Capital LLC | 4/29/2022 | $60,000 | $3,000 | $4,800 | 231 |
| 1210 Druid Hill Ave | MCK Bapaz Capital LLC | 4/29/2022 | $60,000 | $3,000 | $4,800 | 231 |
| 1258 Glyndon Ave | 1258 Glyndon LLC | 5/3/2022 | $40,000 | $2,000 | $3,200 | 231 |
| 2321 N. Rosedale Ave | 2321 N Rosedale LLC | 5/3/2022 | $30,000 | $1,500 | $2,400 | 231 |
| 3400 Holmes Ave | WCP Fund I, LLC or its designee | 6/25/24 | $3,340 | N/A | $3,340 | 242 |
| 3405 Mondawmin Ave | WCP Fund I, LLC or its designee | 6/25/24 | $3,340 | N/A | $3,340 | 242 |
| 3407 Mondawmin Ave | WCP Fund I, LLC or its designee | 6/25/24 | $3,340 | N/A | $3,340 | 242 |
| 2027 McCulloh St | WCP Fund I, LLC or its designee | 5/3/24 | $3,000 | N/A | $3,000 | 242 |
| 2503 E. Strathmore Ave | WCP Fund I, LLC or its designee | 1/3/2024 | $3,000 | N/A | $3,000 | 242 |
| 325 S. Payson St | WCP Fund I, LLC or its designee | 2/23/24 | $3,000 | N/A | $3,000 | 242 |
| 1018 Bennett Pl | WCP Fund I, LLC or its designee | 1/24/23 | $3,000 | N/A | $3,000 | 242 |
| 1109 Harlem Ave | WCP Fund I, LLC or its designee | 1/24/23 | $3,000 | N/A | $3,000 | 242 |
| 1136 W. Pratt St | WCP Fund I, LLC or its designee | 1/24/23 | $3,000 | N/A | $3,000 | 242 |
| 1246 Washington Blvd | WCP Fund I, LLC or its designee | 1/24/23 | $3,000 | N/A | $3,000 | 242 |

116476\000001\4888-4742-9415.v1

| 530 N. Carrollton Ave | WCP Fund I, LLC or its designee | 1/24/23 | $3,000 | N/A | $3,000 | 242 |
| 705 N. Carrollton Ave | WCP Fund I, LLC or its designee | 1/24/23 | $3,000 | N/A | $3,000 | 242 |
| 712 N. Carrollton Ave | WCP Fund I, LLC or its designee | 1/24/23 | $3,000 | N/A | $3,000 | 242 |

DATED: November 5, 2024

Respectfully Submitted,
*/s/ Patricia B. Jefferson*
Patricia B. Jefferson
 Fed. Bar. No. 27668
Miles & Stockbridge P.C.
100 Light Street, 10th Floor
Baltimore, MD 21202
Phone: (410) 385-3405
Email: bktrustee@milesstockbridge.com

*Chapter 7 Trustee*

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on November 5, 2024, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing Report of Sale will be served electronically by the Court's CM/ECF system upon the following:

- **John A. Ansell**    john.ansell@brockandscott.com, wbecf@brockandscott.com
- **Randa S. Azzam**    logsecf@logs.com, logsecf@logs.com
- **Miktus Daniel**    daniel.miktus@akerman.com, crystal.gaymon@akerman.com
- **Emily Devan**    edevan@milesstockbridge.com
- **Kieran Fox**    kfox@moodklaw.com, bturner@moodklaw.com
- **Leah Christina Freedman**    bankruptcy@bww-law.com, leah.freedman@bww-law.com
- **Steven L. Goldberg**    sgoldberg@mhlawyers.com, dmoorehead@mhlawyers.com; sgoldberg@ecf.inforuptcy.com; Goldberg.SteveR92003@notify.bestcase.com; hleaphart@mhlawyers.com; mtaylor@mhlawyers.com
- **Anton L. Iamele**    aiamele@iamelelaw.com
- **Anton L. Iamele**    aiamele@iamelelaw.com
- **Patricia B. Jefferson**    bktrustee@milesstockbridge.com, MD68@ecfcbis.com
- **Patricia B. Jefferson**    pjefferson@milesstockbridge.com
- **Lynn A. Kohen**    lynn.a.kohen@usdoj.gov
- **Thomas Jonathan Kokolis**    tkokolis@pskfirm.com
- **Mark David Meyer**    bankruptcy@rosenberg-assoc.com
- **Roger R. Munn**    rmunn@moodklaw.com, bturner@moodklaw.com
- **Brian Joseph Petruska**    bpetruska@maliuna.org
- **L. Jeanette Rice**    Jeanette.Rice@usdoj.gov, USTPRegion04.GB.ECF@USDOJ.GOV
- **Richard Rogers**    rrogers@cgd-law.com, bankruptcyecf@cgd-law.com; estamas@cgd-law.com;bbush@cgd-law.com
- **Richard B. Rosenblatt**    rrosenblatt@rosenblattlaw.com, ldorney@rosenblattlaw.com; sgonzalez@rosenblattlaw.com; wilbertrr41309@notify.bestcase.com
- **Andrew Leonard Spivack**    andrew.spivack@brockandscott.com, wbecf@brockandscott.com
- **Diana C. Theologou**    dtheologou@mtglaw.com
- **Bryan M. Tillman**    bryantillman7@comcast.net
- **US Trustee - Greenbelt**    USTPRegion04.GB.ECF@USDOJ.GOV
- **Maurice Belmont VerStandig**    mac@mbvesq.com, lisa@mbvesq.com; mahlon@dcbankruptcy.com; mac@dcbankruptcy.com; verstandig.mauricer104982@notify.bestcase.com

and via USPS mail, postage prepaid, upon:

Ally Financial
P.O. Box 130424
Roseville, MN 55113−0004

AXOS Bank
WBL, LLC
c/o Asset Resolution / c/o Digiscribe
150 Clearbrook Road, Suite 125
Elmsford NY 10523-1147

Arain Arevalo Velasquez
5405 Hamilton Street, Suite 4
Hyattsville, MD 20781-2838

Arturo Prado
5310 Hamilton St., Apt 5
Hyattsville, MD 20781-2828

BGE
P.O. Box 1475
Baltimore, MD 21203-1475

BSI Financial Services
1425 Greenway Dr., Suite 400
Irving, TX 75038

Billd Exchange, LLC
c/o Daniel R. Miktus, Esquire
Akerman LLP
750 Ninth St., N.W., Suite 750
Washington, D.C. 20001

Brandon Tramel and Kelan Fielder
9512 Smithview Place
Glenarden, MD 20706

Carolina Nolasco
13625 Avebury Drive. Apt 12
Laurel, MD 20708-3457

Chardae Wallace
201 W. Padonia Rd, Suite 101
Lutherville-Timonium, MD 21093

Daphne Reed
534 Fox River Hills Way
Glen Burnie, MD 21060-8488

Delmy Patricia Fuentes
5409 Hamilton Street, Apt. 5
Hyattsville, MD 20781-2842

Distric Investment Group, LLC
9512 Smithview Place
Glenarden, MD 20706

Dinora Serrano
779 Quince Orchard, Apt. 23
Gaithersburg, MD 20878

Fora Financial  Business Loans, LLC
12 Powder Springs Street, Suite 240
Marietta, GA 30064-7205

Headway Capital
175 W. Jackson Blvd., Suite 1000
Chicago, IL 60604-2863

Jamel Wilmore
7825 Muncaster Mill Road
Gaithersburg, MD 20877-3808

Jefferson Geovanny Molina Ordonez
11716 Emack Road
Beltsville, MD 20705-1546

Jose Mejia
516 Rolland Ave.
Pikesville, MD 21208-4904

Joseph Butler
2742 Golden Aster Pl.
Odenton, MD 21113-6036

6

| | |
|---|---|
| Josue M. Bojorquez<br>621-H Edgewood Road<br>Edgewood, MD 21040-2733 | Karen Garewal<br>c/o I. William Chase, Esquire<br>1190 W. Northern Parkway, Suite 124<br>Baltimore, MD 21210-1467 |
| Lazaro Figueroa<br>13625 Avebury Drive, Apt. 12<br>Laurel, MD 20708-3457 | LendingHome Mortgage Trust 2020-RTL1<br>2 Allegheny Center, Suite 200, Nova Tower<br>Pittsburgh, PA 15212-5402 |
| Mantis Funding LLC<br>c/o Zachter PLLC<br>2 University Plaza, Suite 205<br>Hackensack, NJ 07601-6211 | Mantis Funding<br>c/o Jeffrey Zachter, Esquire<br>30 Wall Street, 8th Floor<br>New York, NY 10005-2205 |
| Marlon R. Perez<br>11951 Freedom Drive, Room 310<br>Reston, VA 20190 | Marie Takam<br>7906 Severn Hills Way<br>Severn, MD 21144-1065 |
| Mayor and City Council of Baltimore<br>200 Holliday Street<br>Room #1 Bankruptcy<br>Baltimore, MD 21202-3618 | Nelson Cortez<br>18381 Lost Knife Circle, Apt. 102<br>Montgomery Village, MD 20886-0330 |
| Roxana Vidal<br>17825 Washington Grove Lane, Apt. 104<br>Gaithersburg, MD 20877-1081 | Steven Handy<br>17 Tindal Springs Court<br>Montgomery Village, MD 20886-4955 |
| Toorak Capital Partners LLC<br>c/o Robert P. Sweeter, Esquire<br>Polsinelli, PC<br>401 Commerce Street, Suite 900<br>Nashville TN 37219-2538 | U.S. Bank Trust National Association<br>c/o Fay Servicing LLC<br>P.O. Box 814609<br>Dallas, TX 75381-4609 |
| William Caceres<br>779 Quince Orchard, Apt. 23<br>Gaithersburg, MD 20878 | Wilmore Capital, LLC<br>7825 Muncaster Mill Road<br>Gaithersburg, MD 20877-3808 |
| John P. Fitzgerald, III<br>Acting U.S. Trustee for Region 4<br>US Trustee - Greenbelt<br>6305 Ivy Lane, Suite 600<br>Greenbelt, MD 20770-6305 | |

*/s/ Patricia B. Jefferson*
Patricia B. Jefferson

7