UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND

In Re::

Sdi Properties, Llc

Case No.: 20-20650-LSS

Chapter: 7

Debtor(s)

## TRUSTEE'S APPLICATION FOR COMPENSATION
## AND EXPENSES REIMBURSEMENT OF EXPENSES

Pursuant to 11 U.S.C. Section 330, the undersigned Trustee hereby requests compensation in the amount of $73,548.07 and reimbursement of expenses in the amount of $0.00 for this case. The trustee has, by prior authorization, received $0.00 of such compensation and $0.00 of such expenses.

COMPUTATION OF COMPENSATION AND EXPENSES

Total disbursements to other than the debtor will be $1,676,602.47

Pursuant to 11 U.S.C. Section 326, compensation to the Trustee is computed as follows:

|  |  |  |  |
|---|---|---|---|
|  | $1,676,602.47 | 25% of First 5,000 | $1,250.00 |
| Less | $-5,000.00 | ($1,250.00 Maximum) |  |
| Balance | $1,671,602.47 | 10% of next $45,000 | $4,500.00 |
| Less | $-45,000.00 | ($4,500.00 Maximum) |  |
| Balance | $1,626,602.47 | 5% of next $950,000.00 | $47,500.00 |
| Less | $- 950,000.00 | ($47,500 Maximum) |  |
| Balance | $676,602.47 | 3 % of Balance | $20,298.07 |

**TOTAL COMPENSATION REQUESTED** $73,548.07

7.  TRUSTEE EXPENSES ITEMIZATION

Expense Name                                                                 Amount of Expenses

TOTAL EXPENSES CLAIMED                                                                 0.00

WHEREFORE, the Trustee requests this application be approved by the Court and that the Trustee be granted an allowance of $73,548.07 as compensation and $0.00 for reimbursement of expenses. The Trustee further states that no payments have been made or promised to him/her for services rendered or to be rendered in any capacity in this case. No agreement or

understanding exists between the Trustee and any other person for sharing compensation received or to be received.

| | |
|---|---|
| November 15, 2024 | /s/ PATRICIA B. JEFFERSON |
| | Patricia B. Jefferson, Trustee |
| | Miles & Stockbridge, 100 Light St., 10th FL |
| | Baltimore, MD 21202 |
| | (410) 385-3406 |
| | (410) 385-3700 |
| | bktrustee@milesstockbridge.com |