**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MARYLAND**

In re: SDI Properties, LLC   §   Case No. 20-20650-LSS
§
§
§
Debtor(s)

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Patricia B. Jefferson, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk, US Bankruptcy Court
101 West Lombard Street
8th Floor
Baltimore, MD 21201

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee. If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date mailed: 11/15/2024            By: /s/ Patricia B. Jefferson
                                   Trustee, Bar No.: 27668

Patricia B. Jefferson
Miles & Stockbridge
100 Light St., 10th FL
Baltimore, MD 21202
(410) 385-3406
bktrustee@milesstockbridge.com

**UST Form 101-7-NFR (10/1/2010)**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND

In re: SDI Properties, LLC § Case No. 20-20650-LSS
§
§
§
Debtor(s)

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| *The Final Report shows receipts of :* | $ | 1,676,602.47 |
| *and approved disbursements of:* | $ | 1,214,429.46 |
| *leaving a balance on hand of[1]:* | $ | 462,173.01 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|---:|
| 1 | Mantis Funding LLC | 70,656.00 | 70,656.00 | 0.00 | 0.00 |
| 7 | PS Funding, Inc. | 446,192.08 | 446,192.08 | 0.00 | 0.00 |
| 8 | VC RTL Holdings, LLC | 60,370.40 | 60,370.40 | 0.00 | 0.00 |
| 9 | Wilmington Trust NA, Trustee for MFRA Trust 2016-1 | 768,043.88 | 768,043.88 | 0.00 | 0.00 |
| 10 | LendingHome Mortgage Trust 2020-RTL1 | 121,668.94 | 121,668.94 | 0.00 | 0.00 |
| 11 | Ally Bank | 81,115.59 | 81,115.59 | 0.00 | 0.00 |
| 13 | U.S. Bank Trust National Association, not in | 318,110.02 | 318,110.02 | 0.00 | 0.00 |

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 15S | WCP Fund I as servicer for 1Sharpe Opportunity Int | 115,000.00 | 115,000.00 | 0.00 | 0.00 |
| 16S | WCP Fund I LLC | 150,000.00 | 150,000.00 | 0.00 | 0.00 |
| 17S | WCP Fund I LLC as servicer for LH-NP-ABS Income Ow | 455,000.00 | 455,000.00 | 0.00 | 0.00 |
| 18S | WCP Fund I LLC as servicer for LH-NP-STRAT Delawar | 285,000.00 | 285,000.00 | 0.00 | 0.00 |
| 33 | BSI Financial Services | 124,412.75 | 124,412.75 | 0.00 | 0.00 |
| 48 | AXOS Bank | 246,067.22 | 246,067.22 | 0.00 | 0.00 |
| 49 | AXOS Bank | 359,957.90 | 359,957.90 | 0.00 | 0.00 |
| 51 | U.S. Bank National Association, not in its | 471,803.84 | 471,803.84 | 0.00 | 0.00 |
| 52 | U.S. Bank National Association, not in its | 247,705.88 | 247,705.88 | 0.00 | 0.00 |
| 53 | U.S. Bank Trust National Association, | 654,301.07 | 654,301.07 | 0.00 | 0.00 |
| 55 | Mayor and City Council of Baltimore | 58,041.43 | 58,041.43 | 0.00 | 0.00 |
| 57 | Mayor and City Council of Baltimore | 4,096.99 | 4,096.99 | 0.00 | 0.00 |
| 58 | Mayor and City Council of Baltimore | 3,111.96 | 3,111.96 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|---:|
| 59 | Mayor and City Council of Baltimore | 6,229.81 | 6,229.81 | 0.00 | 0.00 |
| 60 | Mayor and City Council of Baltimore | 4,307.83 | 4,307.83 | 0.00 | 0.00 |
| 61 | Mayor and City Council of Baltimore | 5,378.99 | 5,378.99 | 0.00 | 0.00 |
| 62 | Mayor and City Council of Baltimore | 895.35 | 895.35 | 0.00 | 0.00 |
| 63 | Mayor and City Council of Baltimore | 81,343.88 | 81,343.88 | 0.00 | 0.00 |
| 64 | Mayor and City Council of Baltimore | 7,337.20 | 7,337.20 | 0.00 | 0.00 |
| 65 | Mayor and City Council of Baltimore | 22,050.00 | 22,050.00 | 0.00 | 0.00 |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 462,173.01

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee, Fees - Patricia B. Jefferson | 73,548.07 | 0.00 | 73,548.07 |
| Attorney for Trustee Fees - Miles & Stockbridge P.C. | 240,749.00 | 0.00 | 240,749.00 |
| Attorney for Trustee, Expenses - Miles & Stockbridge P.C. | 12,164.24 | 0.00 | 12,164.24 |
| Realtor for Trustee Fees - Cenmar Management, LLC | 20,000.00 | 20,000.00 | 0.00 |

Total to be paid for chapter 7 administrative expenses: $ 326,461.31
Remaining balance: $ 135,711.70

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Prior Chapter Attorney for Trustee Fees (Trustee Firm) - Miles & Stockbridge P.C. | 70,000.00 | 70,000.00 | 0.00 |
| Prior Chapter Attorney for Trustee Fees (Trustee Firm) - Miles & Stockbridge P.C. | 41,270.50 | 41,270.50 | 0.00 |
| Prior Chapter Attorney for Trustee Expenses (Trustee Firm) - Miles & Stockbridge P.C. | 2,376.88 | 2,376.88 | 0.00 |
| Prior Chapter Attorney for Trustee Expenses (Trustee Firm) - Miles & Stockbridge P.C. | 188.47 | 188.47 | 0.00 |
| Attorney for D-I-P Fees (Chapter 11) - The Law Offices of Richard Rosenblatt PC | 8,145.50 | 0.00 | 8,145.50 |

Total to be paid for prior chapter administrative expenses: $ 8,145.50
Remaining balance: $ 127,566.20

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $2,104.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 19P | Marlon R Perez | 125.00 | 0.00 | 125.00 |
| 50 | Karen Garewal | 0.00 | 0.00 | 0.00 |
| 66P | Chardae Wallace | 960.00 | 0.00 | 960.00 |
| 71 | U.S. Trustee | 1,019.00 | 0.00 | 1,019.00 |

Total to be paid for priority claims: $ 2,104.00
Remaining balance: $ 125,462.20

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $4,485,558.09 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|

**UST Form 101-7-NFR (10/1/2010)**

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 2 | Daphne Reed | 37,230.06 | 0.00 | 1,041.34 |
| 3 | Wilmore Capital, LLC | 26,007.89 | 0.00 | 727.45 |
| 4 | Jamel Wilmore | 0.00 | 0.00 | 0.00 |
| 5 | Steven Handy | 131,220.00 | 0.00 | 3,670.26 |
| 6 | Jennifer Young | 145,800.00 | 0.00 | 4,078.06 |
| 12 | Fora Financial Business Loans, LLC | 61,054.52 | 0.00 | 1,707.71 |
| 14 | Joseph Butler | 13,500.00 | 0.00 | 377.60 |
| 15U | WCP Fund I as servicer for 1Sharpe Opportunity Int | 156,148.09 | 0.00 | 4,367.50 |
| 16U | WCP Fund I LLC | 189,303.00 | 0.00 | 5,294.85 |
| 17U | WCP Fund I LLC as servicer for LH-NP-ABS Income Ow | 699,989.64 | 0.00 | 19,578.89 |
| 18U | WCP Fund I LLC as servicer for LH-NP-STRAT Delawar | 536,383.80 | 0.00 | 15,002.79 |
| 19U | Marlon R Perez | 14,000.00 | 0.00 | 391.58 |
| 20 | BGE | 2,006.87 | 0.00 | 56.13 |
| 21 | BGE | 218.05 | 0.00 | 6.10 |
| 22 | BGE | 117.47 | 0.00 | 3.29 |
| 23 | BGE | 482.08 | 0.00 | 13.48 |
| 24 | BGE | 189.81 | 0.00 | 5.31 |
| 25 | BGE | 481.26 | 0.00 | 13.46 |
| 26 | BGE | 955.43 | 0.00 | 26.72 |
| 27 | BGE | 682.71 | 0.00 | 19.10 |
| 28 | BGE | 177.85 | 0.00 | 4.97 |
| 29 | BGE | 105.43 | 0.00 | 2.95 |
| 30 | BGE | 816.57 | 0.00 | 22.84 |
| 31 | Marie Takam | 0.00 | 0.00 | 0.00 |
| 32 | Billd Exchange, LLC | 44,300.56 | 0.00 | 1,239.10 |
| 34 | Nelson Cortez | 2,888.00 | 0.00 | 80.78 |
| 35 | Jose Mejia | 2,300.00 | 0.00 | 64.33 |
| 36 | Josue Bojorquez | 3,240.00 | 0.00 | 90.62 |
| 37 | Jefferson Geovanny Molina Ordonez | 840.00 | 0.00 | 23.50 |

**UST Form 101-7-NFR (10/1/2010)**

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 38 | Lazaro Figueroa | 4,000.00 | 0.00 | 111.88 |
| 39 | Arain Arevalo Velasquez | 6,750.00 | 0.00 | 188.80 |
| 40 | Carolina Nolasco | 2,000.00 | 0.00 | 55.94 |
| 41 | Dinora Serrano | 2,600.00 | 0.00 | 72.72 |
| 42 | William Caceres | 2,600.00 | 0.00 | 72.72 |
| 43 | Roxana Vidal | 2,600.00 | 0.00 | 72.72 |
| 44 | Arturo Prado | 2,850.00 | 0.00 | 79.72 |
| 45 | Delmy Patricia Fuentes | 2,160.00 | 0.00 | 60.42 |
| 46 | Toorak Capital Partners, LLC | 2,129,143.90 | 0.00 | 59,552.70 |
| 47 | Ana Coreas Gutierrez | 100,000.00 | 0.00 | 2,797.03 |
| 66U | Chardae Wallace | 99,040.00 | 0.00 | 2,770.17 |
| 67 | Brandon Tramel and Kelan Fielder | 11,019.00 | 0.00 | 308.20 |
| 68 | Brandon Tramel and Kelan Fielder | 15,000.00 | 0.00 | 419.55 |
| 69 | District Investment Group, LLC | 15,000.00 | 0.00 | 419.55 |
| 70 | Headway Capital, LLC | 20,356.10 | 0.00 | 569.37 |

|  | Total to be paid for timely general unsecured claims: | $ | 125,462.20 |
|---|---|---|---:|
|  | Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $11,811.34 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 54 | Mayor and City Council of Baltimore | 471.57 | 0.00 | 0.00 |
| 56 | Mayor and City Council of Baltimore | 11,339.77 | 0.00 | 0.00 |

|  | Total to be paid for tardily filed general unsecured claims: | $ | 0.00 |
|---|---|---|---:|
|  | Remaining balance: | $ | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared by: /s/ Patricia B. Jefferson
Trustee

Patricia B. Jefferson
Miles & Stockbridge
100 Light St., 10th FL
Baltimore, MD 21202
(410) 385-3406
bktrustee@milesstockbridge.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **In re:** | * | |
| **SDI PROPERTIES, LLC** | * | Case No.: 20-20650-LSS |
| | | (Chapter 7) |
| Debtor. | * | |

* * * * * * * * * * * * *

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that on the 15th of November, 2024, a copy of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) was served electronically by the Court's CM/ECF system upon the following

- **John A. Ansell**   jansell@cgd-law.com, wbecf@brockandscott.com
- **Randa Azzam**   logsecf@logs.com
- **Addison J. Chappell**   achappell@milesstockbridge.com
- **Miktus Daniel**   daniel.miktus@akerman.com, crystal.gaymon@akerman.com
- **Marguerite Lee DeVoll**   mdevoll@watttieder.com, ljobrien@watttieder.com
- **Emily Devan**   edevan@milesstockbridge.com
- **Jessica Lynne Duvall**   jduvall@milesstockbridge.com, lkirby@milesstockbridge.com
- **Kieran Fox**   kfox@moodklaw.com, bturner@moodklaw.com
- **Steven L. Goldberg**   sgoldberg@mhlawyers.com, sgoldberg@ecf.inforuptcy.com; Goldberg.SteveR92003@notify.bestcase.com; cmartin@mhlawyers.com
- **Anton L Iamele**   aiamele@iamelelaw.com
- **Anton L Iamele**   aiamele@iamelelaw.com
- **Patricia B. Jefferson**   bktrustee@milesstockbridge.com, MD68@ecfcbis.com
- **Patricia B. Jefferson**   pjefferson@milesstockbridge.com
- **Nikita Rajendra Joshi**   Nikita.Joshi@bww-law.com, bankruptcy@bww-law.com
- **Michael J. Klima**   bankruptcy@peroutkalaw.com
- **Jennifer Larkin Kneeland**   jkneeland@watttieder.com, ljobrien@watttieder.com
- **Lynn A. Kohen**   lynn.a.kohen@usdoj.gov
- **Thomas Jonathan Kokolis**   tkokolis@pskfirm.com
- **Ioannis Laskaris**   ioannis.laskaris@maryland.gov
- **Mark David Meyer**   bankruptcy@rosenberg-assoc.com
- **Roger R Munn**   rmunn@moodklaw.com, ncrooks@moodklaw.com
- **Brian Joseph Petruska**   bpetruska@maliuna.org
- **L. Jeanette Rice**   Jeanette.Rice@usdoj.gov, USTPRegion04.GB.ECF@USDOJ.GOV
- **Richard Rogers**   rrogers@cgd-law.com, bankruptcyecf@cgd-law.com; estamas@cgd-law.com; bbush@cgd-law.com
- **Richard B. Rosenblatt**   rrosenblatt@rosenblattlaw.com, ldorney@rosenblattlaw.com; sgonzalez@rosenblattlaw.com; wilbertrr41309@notify.bestcase.com
- **Andrew Leonard Spivack**   andrew.spivack@brockandscott.com, wbecf@brockandscott.com

2

- **Daniel Alan Staeven**   daniel.staeven@frosttaxlaw.com, daniel.staeven@frosttaxlaw.com; kelly.gartrell@frosttaxlaw.com; 21029@notices.nextchapterbk.com; 23296@notices.nextchapterbk.com; margaret.johnson@frosttaxlaw.com; uriel.stern@frosttaxlaw.com
- **Diana C. Theologou**   dtheologou@mtglaw.com
- **Bryan M. Tillman**   bryantillman7@comcast.net
- **US Trustee - Greenbelt**   USTPRegion04.GB.ECF@USDOJ.GOV
- **Maurice Belmont VerStandig**   mac@mbvesq.com, lisa@mbvesq.com; mahlon@dcbankruptcy.com; mac@dcbankruptcy.com; verstandig.mauricer104982@notify.bestcase.com; verstandiglaw@recap.email

**I HEREBY FURTHER CERTIFY** that on the 15th day of November, 2024, a copy of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) was served via U.S. mail, postage pre-paid, upon the following:

SDI Properties, LLC
3540 Crain Highway, Suite 330
Bowie, MD 20716-1303

Aftermath Realty II, LLC
Attn: Edward W Cotter
9-B West Ridgely Road, #128
Lutherville, MD 21093-5134

Ally Bank
c/o AIS Portfolio Services, LP
4515 N. Santa Fe Ave., Dept. APS
Oklahoma City, OK 73118-7901

Ally Bank
P.O. Box 130424
Roseville, MN 55113-0004

Ally Financial
P.O. Box 380901
Minneapolis, MN 55438-0901

Ana Coreas Gutierrez
6622 Adrian Street
Hyattsville, MD 20784-3610

Arain Arevalo Velasquez
5405 Hamilton Street, Suite 4
Hyattsville, MD 20781-2838

Arturo Prado
5310 Hamilton St., Apt 5
Hyattsville, MD 20781-2828

AXOS Bank
WBL, LLC
c/o Asset Resolution, c/o Digiscribe
150 Clearbrook Road Ste 125
Elmsford NY 10523-1147

AXOS Bank / World Business Lenders
101 Hudson Street, 3rd Floor
Jersey City, NJ 07302-3929

BGE
P.O. Box 1475
Baltimore, MD 21203-1475

BSI Financial Services
c/o Thomas J. Kokolis
110 North Washington Street, Suite 500
Rockville, MD 20850-2230

BSI Financial Services
1425 Greenway Drive, Suite 400
Irving, TX 75038-2480

BSI Financial Services
314 S. Franklin St., 2nd Floor
P.O. Box 517
Titusville, PA 16354-0517

116476\000001\4867-3832-9082.v1

Billd Exchange, LLC
c/o Daniel R. Miktus, Esquire
Akerman LLP
750 Ninth St., N.W., Suite 750
Washington, D.C. 20001-4589

Bills
2700 W. Anderson Lane, #206
Austin, TX 78757-1170

Blair Enterprises Inc.
22 Cessna Court
Gaithersburg, MD 20879-4145

Brandon Tramel and Kelan Fielder
9512 Smithview Place
Glenarden, MD 20706-1715

Brennan & Clark
721 E. Madison Street, Suite 200
Villa Park, IL 60181-3083

Brian Petruska
11951 Freedom Dr., Room 310
Reston, VA 20190-5686

Business Lenders WBL California LLC
101 Hudson Street, 33rd Floor
Jersey City, NJ 07302-3905

Carolina Nolasco
13625 Avebury Drive, Apt. 12
Laurel, MD 20708-3457

CenMar Management, LLC
c/o Jennifer L. Kneeland
Watt, Tieder, Hoffar & Fitzgerald, LLP
1765 Greensboro Station Place, Suite 100
McLean, VA 22102-3471

Chardae Wallace
201 W. Padonia Road, Suite 101
Lutherville-Timonium, MD 21093-2109

Chelsea Ortega
201 W. Padonia Road, Suite 101
Lutherville-Timonium, MD 21093-2109

City of Baltimore
200 Holiday Street
Baltimore, MD 21202-3613

Comptroller of Maryland
Bankruptcy Unit
7 St. Paul Street, Suite 230
Baltimore, MD 21202-1626

Dackman Ground Rents
2221 Maryland Ave.
Baltimore, MD 21218-5627

Daphne Reed
534 Fox River Hills Way
Glen Burnie, MD 21060-8488

DeCaro Doran Siciliano
 Gallagher & DeBlasis, LLC
17251 Melford Blvd.. Suite 200
Bowie, MD 20715-4448

Delmy Patricia Fuentes
5409 Hamilton Street, Apt. 5
Hyattsville, MD 20781-2842

Dinora Serrano
779 Quince Orchard, Apt. 23
Gaithersburg, MD 20878-1656

District Investment Group, LLC
9512 Smithview Place
Glenarden, MD 20706-1715

Emerald Sie-Duke
3540 Crain Highway, Suite 330
Bowie, MD 20716-1303

Erie Insurance Exchange
100 Erie Ins. Place.
Erie, PA 16530-0001

Ervin E. Williams
1813 Price Lane
Bowie, MD 20716-1678

3

| | |
|---|---|
| FCI Lender Services, Inc.<br>P.O. Box 27370<br>Anaheim, CA 92809-0112 | Fay Servicing, LLC<br>1801 Meyers Road, Suite 10<br>Villa Park, IL 60181-5281 |
| Fora Financial<br>519 8th Avenue, 11th Floor<br>New York, NY 10018-4581 | Fora Financial Business Loans, LLC<br>12 Powder Springs Street, Suite 240<br>Marietta, GA 30064-7205 |
| GR Express, LLC<br>P.O. Box 10695<br>Towson, MD 21285-0695 | Headway Capital<br>175 W. Jackson Blvd., Suite 1000<br>Chicago, IL 60604-2863 |
| Internal Revenue Service<br>Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Jamel Wilmore<br>7825 Muncaster Mill Road<br>Gaithersburg, MD 20877-3808 |
| Jamila Hymon<br>6905 Garth Street<br>Bowie, MD 20715-1750 | Jefferson Geovanny Molina Ordonez<br>11716 Emack Road<br>Beltsville, MD 20705-1546 |
| Jeffrey Zachter<br>c/o Zachter PLLC<br>2 University Plaza Drive, Suite 205<br>Hackensack, NJ 07601-0760 | Jennifer Young<br>3009 Hollow Crest Place<br>Brookeville, MD 20833-3290 |
| Joe Sachetti<br>Cenmar Management, LLC<br>3500 Boston Street, Suite C<br>Baltimore, MD 21224-5723 | Jose Mejia<br>516 Rolland Avenue<br>Pikesville, MD 21208-4904 |
| Joseph Butler<br>2742 Golden Aster Pl.<br>Odenton, MD 21113-6036 | Joseph Donovan Butler<br>7825 Muncaster Mill Road<br>Gaithersburg, MD 20877-3808 |
| Josue M. Bojorquez<br>621-H Edgewood Road<br>Edgewood, MD 21040-2733 | Karen Garewal<br>c/o I. William Chase, Esquire<br>1190 W. Northern Parkway, Suite 124<br>Baltimore, MD 21210-1467 |
| Kevin Johnstone<br>119 Counsil Gap Court<br>Cary, NC 27513-8738 | Laborers' Local Union 202R<br>11951 Freedom Drive, Room 310<br>Reston, VA 20190-5686 |
| Larry Strauss<br>Larry Strauss ESQ, CPA & Associates, Inc<br>2310 Smith Avenue<br>Baltimore, MD 21209-2611 | Lazaro Figueroa<br>13625 Avebury Drive, Apt. 12<br>Laurel, MD 20708-3457 |

116476\000001\4867-3832-9082.v1

Lending Home
315 Montgomery Street, Floor 16
San Francisco, CA 94104-1837

LendingHome Funding Corporation
Alba Law Group, P.A.
Executive Plaza I
11350 McCormick Road, Suite 302
Hunt Valley, MD 21031-1002

LendingHome Mortgage Trust 2020-RTL1
2 Allegheny Center, Suite 200, Nova Towe
Pittsburgh, PA 15212-5402

Liberty Mutual
P.O. Box 2839
New York, NY 10116-2839

Mantis Funding
c/o Jeffrey Zachter, Esquire
30 Wall Street, 8th Floor
New York, NY 10005-2205

Mantis Funding LLC
c/o Zachter PLLC
2 University Plaza, Suite 205
Hackensack, NJ 07601-6211

Marie Takam
7906 Severn Hills Way
Severn, MD 21144-1065

Marlon R. Perez
4020 Evangeline Terrace
Olney, MD 20832-2933

Marlon R. Perez
11951 Freedom Drive, Room 310
Reston, VA 20190-5686

Mayah A. Wells, Esquire
8401 Colesville Road
Silver Spring, MD 20910-3312

Mayor and City Council of Baltimore
200 Holliday Street, Room #1 (Bankruptcy)
Baltimore, MD 21202-3613

Mic Mickens
10013 Graystone Drive.
Upper Marlboro, MD 20772-4744

Oscar and Crystal Jobe
1011 Arlington Blvd., #1007
Arlington, VA 22209-2235

Prince George's County
Treasurer Division
Room 1090
Upper Marlboro, MD 20772

Safeco / Gray Insurance
432-B S. Main Street.
Bel Air, MD 21014-3920

Secretary of the Treasury
15th and Pennsylvania Ave., N.W.
Washington, DC 20220-0001

Security Public Storage-Baltimore
3500 Pulaski Hwy
Baltimore, MD 21224-1532

Servis One, Inc.
d/b/a BSI Financial Services,
600 Baltimore Ave, Suite 208
Towson, MD 21204-4084

State of Maryland DLLR
Division of Unemployment Insurance
1100 N. Eutaw Street, Room 401
Baltimore, MD 21201-2226

Steven Handy
17 Tindal Springs Court
Montgomery Village, MD 20886-4955

Tidal Loans
2616 S. Loop W., Unit 505
Houston, TX 77054-2876

Tony Mosley
3540 Crain Highway, Suite 330
Bowie, MD 20716-1303

5

| | |
|---|---|
| Tony Mosley<br>6310 Gibralter Ct.<br>Bowie, MD 20720-5311 | Toorak Capital Partners LLC<br>Robert P. Sweeter, Esquire<br>401 Commerce Street, Suite 900<br>Nashville TN 37219-2538 |
| Trevor Sie-Duke<br>6310 Gilbralter Court<br>Bowie, MD 20720-5311 | US Assure<br>P.O. Box 10197<br>Jacksonville, FL 32247-0197 |
| U.S. Attorney's Office for the District of MD<br>36 S. Charles Street, Fourth Floor<br>Baltimore, MD 21201-3020 | U.S. Bank National Association<br>c/o Fay Servicing, LLC<br>P.O. Box 814609<br>Dallas, TX 75381-4609 |
| U S Securities and Exchange Commission<br>Atlanta Reg Office and Reorg.<br>950 E. Paces Ferry Road, NE, Suite 900<br>Atlanta, GA 30326-1382 | Verizon<br>P.O. Box 489<br>Newark, NJ 07101-0489 |
| WBL California, LLC<br>101 Hudson Street, 33rd Floor<br>Jersey City, NJ 07302-3905 | WCP Fund I LLC<br>c/o The VerStandig Law Firm, LLC<br>1452 W. Horizon Ridge Pkwy, #665<br>Henderson, Nevada 89012-4422 |
| WCP Fund I LLC,<br> as servicer for LH-NP-ABS Inc<br>c/o The VerStandig Law Firm, LLC<br>1452 W. Horizon Ridge Pkwy, #665<br>Henderson, Nevada 89012-4422 | WCP Fund I LLC,<br> as servicer for LH-NP-STRAT D<br>c/o The VerStandig Law Firm, LLC<br>1452 W. Horizon Ridge Pkwy, #665<br>Henderson, Nevada 89012-4422 |
| WCP Fund I as servicer for 1Sharpe Oppor.<br>c/o The VerStandig Law Firm, LLC<br>1452 W. Horizon Ridge Pkwy, #665<br>Henderson, Nevada 89012-4422 | Washington Capital Partners<br>2815 Hartland Road, Suite 200<br>Falls Church, VA 22043-3548 |
| William Caceres<br>779 Quince Orchard, Apt 23<br>Gaithersburg, MD 20878-1656 | Wilmore Capital, LLC<br>7825 Muncaster Mill Road<br>Gaithersburg, MD 20877-3808 |
| Office of the U.S. Trustee<br>6305 Ivy Lane, Suite 600<br>Greenbelt, MD 20770-6305 | |

DATED:  November 15, 2024

*/s/ Patricia B. Jefferson*
Patricia B. Jefferson,  Fed. Bar. No. 27668
Miles & Stockbridge P.C.
100 Light Street, 7th Floor
Baltimore, MD 21202
Phone: (410) 385-3406
Email: pjefferson@milesstockbridge.com
*Chapter 7 Trustee*

6