Entered: December 10th, 2024
Signed: December 10th, 2024

**SO ORDERED**



**LORI S. SIMPSON**
**U.S. BANKRUPTCY JUDGE**

## UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
(Greenbelt Division)

In Re:

SDI Properties, llc

|                    Debtor(s)

Case No. 20-20650-LSS

Chapter 7

### ORDER APPROVING APPLICATION FOR FINAL COMPENSATION, FEES AND EXPENSES FILED WITH FINAL REPORT AND DISTRIBUTION

Upon consideration of the Application for Compensation and Reimbursement of Expenses filed with the Trustee's Final Report and Proposed Distribution (the "Application"), notice of the Application having been given to creditors, there being no objection made to the Application, and for good cause shown, it is hereby:

ORDERED that the Application be, and it hereby is, approved; and it is

FURTHER ORDERED, that reasonable compensation and reimbursement of actual and necessary costs and expenses are hereby awarded and allowed herein as follows:

| Claimant Name | Allowed Fees | Allowed Expenses |
|---|---|---|
| Patricia B. Jefferson | 73,548.07 | 0.00 |

FURTHER ORDERED, that the Trustee is authorized to pay the allowed compensation and reimbursement of expenses awarded on the Applications.

Suggested Distribution List:

Patricia B. Jefferson, Trustee

Miles & Stockbridge**,** 100 Light St., 10th FL

Baltimore, MD 21202

Office of the U.S. Trustee
101 W. Lombard St., Suite 2625
Baltimore, Maryland 21201

**END OF ORDER**