Entered: December 10th, 2024
Signed: December 10th, 2024

**SO ORDERED**



LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Greenbelt Division)

| | | |
|---|---|---|
| **In re:** | * | |
| **SDI PROPERTIES, LLC** | * | **Case No.: 20-20650-LSS** |
| | | **(Chapter 7)** |
| **Debtor.** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER GRANTING THIRD INTERIM AND FINAL APPLICATION OF MILES & STOCKBRIDGE P.C. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS COUNSEL FOR PATRICIA B. JEFFERSON, AS CHAPTER 11 TRUSTEE AND CHAPTER 7 TRUSTEE

Upon consideration of the Third Interim and Final Application of Miles & Stockbridge P.C. ("M&S") for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Counsel for Patricia B. Jefferson, as Chapter 11 Trustee and Chapter 7 Trustee (the "Application"); it appearing to the Court that sufficient notice of the Application was given; it appearing that the compensation requested in the Application is reasonable, meets the requirements of Sections 330 and 331 of the United States Bankruptcy Code, Rule 2016 of the Federal Rules of Bankruptcy Procedures; and other good cause having been shown therefor, it is, by the United States Bankruptcy Court for the District of Maryland, hereby

116476\000001\4894-0152-5242.v1

**ORDERED** that the Application is GRANTED under the terms set forth herein; and it is further

**ORDERED**, that M&S is granted and allowed compensation in the amount of $240,749 for services rendered during the Third Interim Application Period; and it is further

**ORDERED**, that M&S is granted and allowed reimbursement in the amount of $12,164.24 for expenses incurred during the Third Interim Application Period; and it is further

**ORDERED**, that M&S is allowed total compensation to M&S in the aggregate amount of $354,019.50 and reimbursement of expenses in the aggregate amount of $14,729.29 on a final basis for the period from March 18, 2021 through July 26, 2024.


Cc:   Patricia B. Jefferson, Chapter 7 Trustee
      Office of the United States Trustee

**\*\*END OF ORDER\*\***