United States Bankruptcy Court
District of Maryland

In re:  Case No. 20-20650-LSS
SDI Properties, LLC  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0416-0 | User: admin | Page 1 of 2 |
| --- | --- | --- |
| Date Rcvd: Dec 10, 2024 | Form ID: pdfparty | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 12, 2024:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- |
| + | Email/Text: ustpregion04.ba.ecf@usdoj.gov | Dec 10 2024 19:18:00 | Office of the U.S. Trustee, 101 W. Lombard St., Suite 2625, Baltimore, Maryland 21201-2668 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 12, 2024      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 10, 2024 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Addison J. Chappell | achappell@milesstockbridge.com |
| Andrew Leonard Spivack | andrew.spivack@brockandscott.com  wbecf@brockandscott.com |
| Anton L Iamele | aiamele@iamelelaw.com |
| Brian Joseph Petruska | bpetruska@maliuna.org |
| Bryan M. Tillman | bryantillman7@comcast.net |

| District/off: 0416-0 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 10, 2024 | Form ID: pdfparty | Total Noticed: 1 |

Daniel Alan Staeven
daniel.staeven@frosttaxlaw.com
daniel.staeven@frosttaxlaw.com,kelly.gartrell@frosttaxlaw.com,21029@notices.nextchapterbk.com,23296@notices.nextchapterbk.com,margaret.johnson@frosttaxlaw.com,uriel.stern@frosttaxlaw.com

Diana C. Theologou
dtheologou@mtglaw.com

Emily Devan
edevan@milesstockbridge.com

Ioannis Laskaris
ioannis.laskaris@maryland.gov

Jennifer Larkin Kneeland
jkneeland@watttieder.com  ljobrien@watttieder.com

Jessica Lynne Duvall
jduvall@milesstockbridge.com  lkirby@milesstockbridge.com

John A. Ansell
jansell@cgd-law.com  wbecf@brockandscott.com

Kieran Fox
kfox@moodklaw.com  bturner@moodklaw.com

L. Jeanette Rice
Jeanette.Rice@usdoj.gov  USTPRegion04.GB.ECF@USDOJ.GOV

Lynn A. Kohen
lynn.a.kohen@usdoj.gov

Marguerite Lee DeVoll
mdevoll@watttieder.com  ljobrien@watttieder.com

Mark David Meyer
bankruptcy@rosenberg-assoc.com

Maurice Belmont VerStandig
mac@mbvesq.com
lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email

Michael J. Klima
bankruptcy@peroutkalaw.com

Miktus Daniel
daniel.miktus@akerman.com  crystal.gaymon@akerman.com

Nikita Rajendra Joshi
Nikita.Joshi@bww-law.com  bankruptcy@bww-law.com

Patricia B. Jefferson
pjefferson@milesstockbridge.com

Randa Azzam
logsecf@logs.com

Richard Rogers
rrogers@cgd-law.com  bankruptcyecf@cgd-law.com,estamas@cgd-law.com,bbush@cgd-law.com

Richard B. Rosenblatt
rrosenblatt@rosenblattlaw.com  ldorney@rosenblattlaw.com,sgonzalez@rosenblattlaw.com,wilbertrr41309@notify.bestcase.com

Roger R Munn
rmunn@moodklaw.com  ncrooks@moodklaw.com

Steven L. Goldberg
sgoldberg@mhlawyers.com
sgoldberg@ecf.inforuptcy.com,Goldberg.SteveR92003@notify.bestcase.com,cmartin@mhlawyers.com

Thomas Jonathan Kokolis
tkokolis@pskfirm.com

US Trustee - Greenbelt
USTPRegion04.GB.ECF@USDOJ.GOV

TOTAL: 29

Entered: December 10th, 2024
Signed: December 10th, 2024

**SO ORDERED**



LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF MARYLAND
(Greenbelt Division)

In Re:

SDI Properties, llc

Debtor(s)

Case No. 20-20650-LSS

Chapter 7

**ORDER APPROVING APPLICATION FOR FINAL COMPENSATION, FEES AND EXPENSES FILED WITH FINAL REPORT AND DISTRIBUTION**

Upon consideration of the Application for Compensation and Reimbursement of Expenses filed with the Trustee's Final Report and Proposed Distribution (the "Application"), notice of the Application having been given to creditors, there being no objection made to the Application, and for good cause shown, it is hereby:

ORDERED that the Application be, and it hereby is, approved; and it is

FURTHER ORDERED, that reasonable compensation and reimbursement of actual and necessary costs and expenses are hereby awarded and allowed herein as follows:

| Claimant Name | Allowed Fees | Allowed Expenses |
|---|---|---|
| Patricia B. Jefferson | 73,548.07 | 0.00 |

FURTHER ORDERED, that the Trustee is authorized to pay the allowed compensation and reimbursement of expenses awarded on the Applications.

Suggested Distribution List:
Patricia B. Jefferson, Trustee
Miles & Stockbridge, 100 Light St., 10th FL
Baltimore, MD 21202

Office of the U.S. Trustee
101 W. Lombard St., Suite 2625
Baltimore, Maryland 21201

**END OF ORDER**