United States Bankruptcy Court
District of Maryland

In re:  
SDI Properties, LLC  
    Debtor

Case No. 20-20650-LSS  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0416-0     User: admin     Page 1 of 2  
Date Rcvd: Dec 10, 2024     Form ID: pdfparty     Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 12, 2024:**  
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| + | Email/Text: ustpregion04.gb.ecf@usdoj.gov | Dec 10 2024 19:18:00 | US Trustee, 6305 Ivy Lane, Suite 600, Greenbelt, MD 20770-6305 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 12, 2024     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 10, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Addison J. Chappell | achappell@milesstockbridge.com |
| Andrew Leonard Spivack | andrew.spivack@brockandscott.com  wbecf@brockandscott.com |
| Anton L Iamele | aiamele@iamelelaw.com |
| Brian Joseph Petruska | bpetruska@maliuna.org |
| Bryan M. Tillman | bryantillman7@comcast.net |

| | | |
|---|---|---|
| District/off: 0416-0 | User: admin | Page 2 of 2 |
| Date Rcvd: Dec 10, 2024 | Form ID: pdfparty | Total Noticed: 1 |

Daniel Alan Staeven
daniel.staeven@frosttaxlaw.com
daniel.staeven@frosttaxlaw.com,kelly.gartrell@frosttaxlaw.com,21029@notices.nextchapterbk.com,23296@notices.nextchapterbk.com,margaret.johnson@frosttaxlaw.com,uriel.stern@frosttaxlaw.com

Diana C. Theologou
dtheologou@mtglaw.com

Emily Devan
edevan@milesstockbridge.com

Ioannis Laskaris
ioannis.laskaris@maryland.gov

Jennifer Larkin Kneeland
jkneeland@watttieder.com  ljobrien@watttieder.com

Jessica Lynne Duvall
jduvall@milesstockbridge.com  lkirby@milesstockbridge.com

John A. Ansell
jansell@cgd-law.com  wbecf@brockandscott.com

Kieran Fox
kfox@moodklaw.com  bturner@moodklaw.com

L. Jeanette Rice
Jeanette.Rice@usdoj.gov  USTPRegion04.GB.ECF@USDOJ.GOV

Lynn A. Kohen
lynn.a.kohen@usdoj.gov

Marguerite Lee DeVoll
mdevoll@watttieder.com  ljobrien@watttieder.com

Mark David Meyer
bankruptcy@rosenberg-assoc.com

Maurice Belmont VerStandig
mac@mbvesq.com
lisa@mbvesq.com,mahlon@dcbankruptcy.com,mac@dcbankruptcy.com,verstandig.mauricer104982@notify.bestcase.com,verstandiglaw@recap.email

Michael J. Klima
bankruptcy@peroutkalaw.com

Miktus Daniel
daniel.miktus@akerman.com  crystal.gaymon@akerman.com

Nikita Rajendra Joshi
Nikita.Joshi@bww-law.com  bankruptcy@bww-law.com

Patricia B. Jefferson
pjefferson@milesstockbridge.com

Randa Azzam
logsecf@logs.com

Richard Rogers
rrogers@cgd-law.com  bankruptcyecf@cgd-law.com,estamas@cgd-law.com,bbush@cgd-law.com

Richard B. Rosenblatt
rrosenblatt@rosenblattlaw.com  ldorney@rosenblattlaw.com,sgonzalez@rosenblattlaw.com,wilbertrr41309@notify.bestcase.com

Roger R Munn
rmunn@moodklaw.com  ncrooks@moodklaw.com

Steven L. Goldberg
sgoldberg@mhlawyers.com
sgoldberg@ecf.inforuptcy.com,Goldberg.SteveR92003@notify.bestcase.com,cmartin@mhlawyers.com

Thomas Jonathan Kokolis
tkokolis@pskfirm.com

US Trustee - Greenbelt
USTPRegion04.GB.ECF@USDOJ.GOV

TOTAL: 29

Entered: December 10th, 2024
Signed: December 10th, 2024
**SO ORDERED**



**LORI S. SIMPSON**
**U.S. BANKRUPTCY JUDGE**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Greenbelt Division)**

| | | |
|---|---|---|
| **In re:** | * | |
| **SDI PROPERTIES, LLC** | * | **Case No.: 20-20650-LSS** |
| | | **(Chapter 7)** |
| Debtor. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER GRANTING THIRD INTERIM AND FINAL APPLICATION OF MILES & STOCKBRIDGE P.C. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS COUNSEL FOR PATRICIA B. JEFFERSON, AS CHAPTER 11 TRUSTEE AND CHAPTER 7 TRUSTEE**

Upon consideration of the Third Interim and Final Application of Miles & Stockbridge P.C. ("M&S") for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred as Counsel for Patricia B. Jefferson, as Chapter 11 Trustee and Chapter 7 Trustee (the "Application"); it appearing to the Court that sufficient notice of the Application was given; it appearing that the compensation requested in the Application is reasonable, meets the requirements of Sections 330 and 331 of the United States Bankruptcy Code, Rule 2016 of the Federal Rules of Bankruptcy Procedures; and other good cause having been shown therefor, it is, by the United States Bankruptcy Court for the District of Maryland, hereby

**ORDERED** that the Application is GRANTED under the terms set forth herein; and it is further

**ORDERED**, that M&S is granted and allowed compensation in the amount of $240,749 for services rendered during the Third Interim Application Period; and it is further

**ORDERED**, that M&S is granted and allowed reimbursement in the amount of $12,164.24 for expenses incurred during the Third Interim Application Period; and it is further

**ORDERED**, that M&S is allowed total compensation to M&S in the aggregate amount of $354,019.50 and reimbursement of expenses in the aggregate amount of $14,729.29 on a final basis for the period from March 18, 2021 through July 26, 2024.

Cc:  Patricia B. Jefferson, Chapter 7 Trustee
     Office of the United States Trustee

**\*\*END OF ORDER\*\***